## United States District Court
### Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | KE21 |
| Violation Number | F0BH003G |
| Officer Name | Little |
| Officer No. | 2554 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 06/27/2025 20:42 |
| Offense Charged | FED |
| Place of Offense | Jellico Creek / FSR 492 |
| Offense Description: Factual Basis for Charge | 36 CFR 261.10R - UNLAWFUL POSSESSION OF ALCOHOL BEVERAGE |
| HAZMAT | ☐ |

**DEFENDANT INFORMATION**

| Field | Value |
|---|---|
| Phone: | |
| Last Name | Lovett |
| First Name | Connor |
| M.I. | D |
| Street Address | [redacted] |
| City | Burnside |
| State | KY |
| Zip Code | 425190000 |
| Date of Birth (mm/dd/yyyy) | [redacted] 2006 |
| Drivers License No. | [redacted] 2312 |
| CDL | ☐ |
| D.L. State | KY |
| Social Security No. | |

[x] Adult  [ ] Juvenile   Sex [x] M  [ ] F

**VEHICLE** — VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | ☐ | |

A [x] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$ 30.00    Processing Fee

PAY THIS AMOUNT   Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 310 South Main Street, London, Kentucky 40741 | |
| | Time (hh:mm) 09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete   Original - CVB Copy   FS-5300-I (7/05)

---

F0BH003G

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 06/27/2025 while exercising my duties as a law enforcement officer in the Eastern District of KY

Pursuant to 16 USC 551: On June 27, 2025, at approximately 20:25 hours, while on patrol along Jellico Creek Road, located in the Stearns Ranger District of the Daniel Boone National Forest, U.S. Forest Service Law Enforcement Officer (LEO) Raymond Little observed a black Jeep (KY TAG # N1W848) parked in a dispersed campsite. LEO LITTLE observed two males outside of the jeep and a juvenile female hanging out of the passenger window. While speaking with the owner of the jeep, Connor LOVETT, later identified as a minor from his Kentucky Driver's License (OLN #[redacted]2312), LEO LITTLE observed a cooler on the ground by the jeep. LEO LITTLE asked if they had any alcohol and LOVETT stated that he did in the cooler. An inspection of the cooler revealed several unopened glass bottles of Budweiser Beer. When asked if there were any alcoholic beverages in the vehicle LOVETT stated there were not. In plain view, LEO LITTLE observed several empty Budweiser Beer bottles in the passenger floorboard. While walking around the driver's side of the vehicle, LEO LITTLE observed an opened Budweiser beer on the ground that still contained liquid. Upon picking up the bottle, LEO LITTLE found it to still be cold. LOVETT stated that he had been drinking the beer and threw it onto the ground when he observed LEO LITTLE. A 12-year-old female, 13-year-old female, and 15-year-old male told LEO LITTLE that they had been drinking LOVETT's Budweiser Beer. LOVETT was issued violation notices for 36 CFR 261.10(R), unlawful possession of an alcoholic beverage and 36 CFR 261.10(S), furnishing alcohol to minors.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/27/2025    [signature]
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

## United States District Court
### Violation Notice

| CVB Location Code |
|---|
| KE21 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F0BH003H | Little | 2554 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 06/27/2025 20:42 | FED |

Place of Offense: Jellico Creek / FSR 492

Offense Description: Factual Basis for Charge
36 CFR 261.10S - FURNISHING ALCOHOL TO MINORS

HAZMAT ☐

### DEFENDANT INFORMATION
Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Lovett | Connor | D |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Burnside | KY | 425190000 | [redacted] 2006 |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted]2312 | ☐ | KY | |

[x] Adult  ☐ Juvenile   Sex [x] M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE
VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | ☐ | |

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$ 30.00   Processing Fee

PAY THIS AMOUNT   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 310 South Main Street, London, Kentucky 40741

Date (mm/dd/yyyy):
Time (hh:mm): 09:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-I (7/05)

---

F0BH003H

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 06/27/2025 while exercising my duties as a law enforcement officer in the Eastern District of KY

Pursuant to 16 USC 551: On June 27, 2025, at approximately 20:25 hours, while on patrol along Jellico Creek Road, located in the Stearns Ranger District of the Daniel Boone National Forest, U.S. Forest Service Law Enforcement Officer (LEO) Raymond Little observed a black Jeep (KY TAG# N1W848) parked in a dispersed campsite. LEO LITTLE observed two males outside of the jeep and a juvenile female hanging out of the passenger window. While speaking with the owner of the jeep, Connor LOVETT, later identified as a minor from his Kentucky Driver's License (OLN# [redacted]2312), LEO LITTLE observed a cooler on the ground by the jeep. LEO LITTLE asked if they had any alcohol and LOVETT stated that he did in the cooler. An inspection of the cooler revealed several unopened glass bottles of Budweiser Beer. When asked if there were any alcoholic beverages in the vehicle LOVETT stated there were not. In plain view, LEO LITTLE observed several empty Budweiser Beer bottles in the passenger floorboard. While walking around the driver's side of the vehicle, LEO LITTLE observed an opened Budweiser beer on the ground that still contained liquid. Upon picking up the bottle, LEO LITTLE found it to still be cold. LOVETT stated that he had been drinking the beer and threw it onto the ground when he observed LEO LITTLE. A 12-year-old female, 13-year-old female, and 15-year-old male told LEO LITTLE that they had been drinking LOVETT's Budweiser Beer. LOVETT was issued violation notices for 36 CFR 261.10(R), unlawful possession of an alcoholic beverage and 36 CFR 261.10(S), furnishing alcohol to minors.

The foregoing statement is based upon:

☒ MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/27/2025   [signature]
Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident